■ DEAN KOCHER et al., Respondents, v ROLAND BAIRD et al., Appellants. (Appeal No. 1.)—Judgment unanimously affirmed with costs. Memorandum: We affirm for reasons stated at Supreme Court, Purple, J. We add only that we do not address issues raised for the first time on appeal by defendants. (Appeal from Judgment of Supreme Court, Steuben County, Purple, J.—Partition and Sale.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lowery, JJ.